# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 107.10.243.117 | Bright House Networks | 2012-02-17 05:17:54 |
| 107.3.200.141 | Comcast Cable Communications | 2012-01-02 21:33:57 |
| 107.3.56.145 | Comcast Cable Communications | 2012-01-12 00:21:29 |
| 108.129.89.119 | BellSouth.net | 2011-12-30 18:43:46 |
| 108.13.210.2 | Verizon Online | 2012-02-16 00:06:07 |
| 108.15.17.74 | Verizon Online | 2012-01-27 02:25:48 |
| 108.16.105.92 | Verizon Online | 2012-01-18 01:25:34 |
| 108.17.17.161 | Verizon Online | 2012-01-11 03:35:51 |
| 108.17.27.180 | Verizon Online | 2012-03-14 03:31:52 |
| 108.206.236.44 | AT&T Internet Services | 2012-01-08 10:47:47 |
| 108.210.216.249 | AT&T Internet Services | 2012-02-24 20:16:22 |
| 108.45.56.148 | Verizon Online | 2011-12-28 18:10:11 |
| 108.48.71.78 | Verizon Online | 2012-01-07 23:55:22 |
| 108.49.120.134 | Verizon Online | 2012-03-07 01:08:02 |
| 108.49.49.61 | Verizon Online | 2011-12-30 04:33:55 |
| 108.5.246.98 | Verizon Online | 2011-12-28 03:00:45 |
| 108.56.186.209 | Verizon Online | 2012-03-19 15:18:22 |
| 108.65.56.167 | AT&T Internet Services | 2012-02-01 05:21:28 |
| 108.80.229.39 | AT&T Internet Services | 2012-02-09 11:49:04 |
| 108.81.170.87 | AT&T Internet Services | 2012-03-08 14:47:37 |
| 108.88.32.41 | AT&T Internet Services | 2012-02-02 20:57:09 |
| 108.92.108.6 | AT&T Internet Services | 2011-12-23 16:26:09 |
| 12.54.28.186 | Manifold Services, Inc. | 2012-04-12 06:10:54 |
| 146.115.63.120 | RCN Corporation | 2012-03-01 19:31:18 |
| 173.168.146.31 | Bright House Networks | 2012-03-07 22:12:57 |
| 173.187.118.107 | Windstream Communications | 2011-12-24 01:01:45 |
| 173.191.12.197 | Windstream Communications | 2012-05-03 00:13:35 |
| 173.191.3.20 | Windstream Communications | 2012-01-12 05:04:04 |
| 173.2.150.251 | Cablevision Systems Corp. | 2012-03-12 23:48:11 |
| 173.218.35.174 | Suddenlink Communications | 2012-03-07 01:55:06 |
| 173.29.242.144 | Mediacom Communications | 2012-02-18 06:29:16 |
| 173.48.138.82 | Verizon Online | 2012-04-19 21:49:14 |
| 173.48.238.207 | Verizon Online | 2012-01-27 03:25:10 |
| 173.49.206.230 | Verizon Online | 2012-01-27 14:12:10 |
| 173.50.124.37 | Verizon Online | 2012-02-23 16:32:54 |
| 173.55.71.224 | Verizon Online | 2012-01-13 20:55:23 |
| 173.58.234.67 | Verizon Online | 2012-01-11 08:09:09 |
| 173.60.10.215 | Verizon Online | 2012-05-01 02:06:20 |
| 173.62.198.180 | Verizon Online | 2012-01-02 17:43:10 |
| 173.63.0.120 | Verizon Online | 2012-04-26 22:34:56 |
| 173.63.123.142 | Verizon Online | 2012-02-27 15:08:25 |
| 173.63.190.77 | Verizon Online | 2012-03-07 17:04:11 |
| 173.64.120.186 | Verizon Online | 2011-12-31 01:52:11 |
| 173.65.127.84 | Verizon Online | 2011-12-23 19:46:51 |
| 173.65.234.186 | Verizon Online | 2011-12-27 23:26:30 |
| 173.67.15.19 | Verizon Online | 2012-01-16 16:20:33 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 173.69.131.9 | Verizon Online | 2012-05-04 07:05:55 |
| 173.69.20.210 | Verizon Online | 2012-01-12 17:05:32 |
| 173.75.42.252 | Verizon Online | 2011-12-27 17:34:17 |
| 173.79.120.180 | Verizon Online | 2012-01-26 05:24:41 |
| 173.79.66.227 | Verizon Online | 2012-01-16 03:19:32 |
| 173.80.23.191 | Suddenlink Communications | 2012-01-08 23:38:31 |
| 173.85.118.149 | Frontier Communications of America | 2011-12-30 17:51:37 |
| 173.87.157.237 | Frontier Communications of America | 2011-12-28 09:30:28 |
| 174.102.116.32 | Road Runner | 2012-01-24 17:29:04 |
| 174.141.129.243 | Cogent/PSI | 2012-02-05 00:12:21 |
| 174.26.20.121 | Qwest Communications Company | 2012-04-25 22:36:43 |
| 174.27.4.53 | Qwest Communications Company | 2011-12-24 05:07:49 |
| 174.51.110.70 | Comcast Cable Communications | 2012-02-01 02:49:23 |
| 174.51.255.120 | Comcast Cable Communications | 2012-02-25 05:22:11 |
| 174.52.160.180 | Comcast Cable Communications | 2012-01-07 01:39:41 |
| 174.52.193.205 | Comcast Cable Communications | 2012-03-12 17:08:46 |
| 174.52.70.90 | Comcast Cable Communications | 2011-12-28 03:00:02 |
| 174.55.149.226 | Comcast Cable Communications | 2012-03-23 05:18:05 |
| 174.57.135.201 | Comcast Cable Communications | 2012-04-20 21:14:14 |
| 174.62.184.125 | Comcast Cable Communications | 2012-04-05 23:20:18 |
| 174.66.190.139 | Cox Communications | 2012-02-17 17:53:19 |
| 174.66.193.72 | Cox Communications | 2012-01-08 01:01:10 |
| 174.74.8.175 | Cox Communications | 2012-02-05 07:46:54 |
| 184.155.162.95 | Cable One | 2012-03-07 06:51:14 |
| 184.166.196.9 | Bresnan Communications | 2011-12-28 18:09:38 |
| 184.166.60.179 | Bresnan Communications | 2011-12-29 06:35:10 |
| 184.18.173.64 | Frontier Communications of America | 2012-01-31 00:04:02 |
| 184.3.237.181 | Embarq Corporation | 2011-12-24 03:36:27 |
| 184.38.64.101 | BellSouth.net | 2012-01-03 02:58:20 |
| 184.38.64.129 | BellSouth.net | 2012-03-03 08:23:49 |
| 184.6.176.234 | Embarq Corporation | 2012-02-03 17:41:09 |
| 184.7.241.7 | Embarq Corporation | 2012-01-24 15:51:12 |
| 184.78.215.31 | Clearwire US | 2012-01-14 09:26:55 |
| 184.88.218.230 | Bright House Networks | 2012-01-19 05:47:15 |
| 184.88.92.182 | Bright House Networks | 2012-01-27 17:57:20 |
| 184.91.170.10 | Bright House Networks | 2012-01-16 20:07:49 |
| 184.96.168.151 | Qwest Communications Company | 2011-12-30 08:04:57 |
| 204.195.14.118 | Wave Broadband | 2012-01-24 04:19:28 |
| 204.85.84.119 | NCREN - MCNC | 2012-01-11 20:55:59 |
| 205.178.119.40 | RCN Corporation | 2011-12-28 09:03:45 |
| 206.225.143.176 | Cdelightband | 2012-04-18 04:41:51 |
| 207.181.241.175 | RCN Corporation | 2012-02-05 00:42:17 |
| 207.229.150.80 | RCN Corporation | 2011-12-27 13:48:03 |
| 209.105.191.98 | Fairpoint Communications | 2012-01-23 05:00:32 |
| 209.6.119.207 | RCN Corporation | 2012-04-03 16:04:25 |
| 209.6.136.87 | RCN Corporation | 2012-03-11 04:44:46 |
| 216.15.19.170 | RCN Corporation | 2012-01-08 20:23:43 |

| IP | ISP | Timestamp |
|---|---|---|
| 216.186.156.202 | Knology Holdings | 2011-12-27 16:53:23 |
| 216.188.230.250 | Grande Communications Networks | 2012-01-14 07:16:38 |
| 216.195.177.166 | Biddeford Internet Corp | 2012-02-11 03:26:33 |
| 216.86.81.91 | 123.Net, Inc. | 2012-03-28 17:22:48 |
| 24.0.251.59 | Comcast Cable Communications | 2012-01-22 18:41:04 |
| 24.10.40.112 | Comcast Cable Communications | 2012-01-18 07:38:05 |
| 24.107.12.149 | Charter Communications | 2012-02-15 04:14:31 |
| 24.107.217.78 | Charter Communications | 2012-02-01 04:59:33 |
| 24.112.141.67 | Armstrong Cable Services | 2012-02-08 06:30:13 |
| 24.12.73.174 | Comcast Cable Communications | 2012-03-15 21:04:30 |
| 24.121.208.38 | NPG Cable | 2012-01-11 19:25:40 |
| 24.127.117.253 | Comcast Cable Communications | 2011-12-26 18:12:30 |
| 24.130.122.123 | Comcast Cable Communications | 2012-04-07 05:46:08 |
| 24.131.124.221 | Comcast Cable Communications | 2012-01-04 04:20:29 |
| 24.144.155.118 | Armstrong Cable Services | 2011-12-24 02:52:50 |
| 24.149.27.118 | CEDAR FALLS UTILITIES | 2012-04-27 22:26:16 |
| 24.151.104.199 | Charter Communications | 2012-01-22 23:12:19 |
| 24.154.246.16 | Armstrong Cable Services | 2012-02-13 18:22:19 |
| 24.158.73.76 | Charter Communications | 2012-02-19 03:53:10 |
| 24.16.162.174 | Comcast Cable Communications | 2011-12-28 11:37:38 |
| 24.17.158.106 | Comcast Cable Communications | 2012-02-19 03:22:44 |
| 24.17.236.56 | Comcast Cable Communications | 2012-02-27 17:33:36 |
| 24.170.242.174 | Antietam Cable Television | 2012-02-16 02:46:41 |
| 24.185.105.117 | Cablevision Systems Corp. | 2012-04-25 23:23:48 |
| 24.185.31.6 | Cablevision Systems Corp. | 2012-04-08 15:23:11 |
| 24.187.137.51 | Cablevision Systems Corp. | 2012-01-17 17:00:48 |
| 24.189.253.50 | Cablevision Systems Corp. | 2011-12-29 07:19:21 |
| 24.19.28.113 | Comcast Cable Communications | 2012-01-18 07:20:22 |
| 24.19.57.154 | Comcast Cable Communications | 2011-12-23 16:45:48 |
| 24.192.173.123 | WideOpenWest | 2012-01-18 06:50:05 |
| 24.192.192.215 | WideOpenWest | 2012-03-26 06:29:47 |
| 24.192.221.51 | WideOpenWest | 2012-03-06 00:31:22 |
| 24.193.27.153 | Road Runner | 2012-02-29 23:03:33 |
| 24.197.21.35 | Charter Communications | 2012-01-07 10:50:18 |
| 24.20.214.93 | Comcast Cable Communications | 2012-04-21 23:23:43 |
| 24.21.128.226 | Comcast Cable Communications | 2012-02-09 10:02:56 |
| 24.21.158.28 | Comcast Cable Communications | 2012-02-01 16:34:05 |
| 24.21.39.60 | Comcast Cable Communications | 2012-01-07 23:37:01 |
| 24.214.117.27 | Knology Holdings | 2012-02-07 05:50:36 |
| 24.214.242.100 | Knology Holdings | 2012-03-31 05:51:33 |
| 24.218.209.179 | Comcast Cable Communications | 2012-03-14 06:21:18 |
| 24.218.241.194 | Comcast Cable Communications | 2012-01-16 20:15:29 |
| 24.22.129.1 | Comcast Cable Communications | 2012-01-20 23:51:46 |
| 24.22.32.200 | Comcast Cable Communications | 2012-01-23 17:04:28 |
| 24.22.44.35 | Comcast Cable Communications | 2012-02-01 03:31:21 |
| 24.23.116.70 | Comcast Cable Communications | 2011-12-28 16:39:24 |
| 24.236.222.86 | Charter Communications | 2012-01-24 05:55:26 |

| | | |
|---|---|---|
| 24.252.130.164 | Cox Communications | 2012-02-26 07:48:48 |
| 24.253.81.98 | Cox Communications | 2012-01-26 21:41:11 |
| 24.254.135.254 | Cox Communications | 2012-04-02 19:35:10 |
| 24.30.100.66 | Comcast Cable Communications | 2012-01-22 04:18:18 |
| 24.31.22.146 | Northland Cable Television | 2012-01-03 02:57:24 |
| 24.34.142.204 | Comcast Cable Communications | 2012-03-14 15:14:28 |
| 24.34.231.14 | Comcast Cable Communications | 2011-12-30 23:45:47 |
| 24.58.71.48 | Road Runner | 2012-02-28 17:48:35 |
| 24.61.0.175 | Comcast Cable Communications | 2012-01-14 23:10:14 |
| 24.61.211.13 | Comcast Cable Communications | 2012-01-31 17:17:05 |
| 24.62.168.33 | Comcast Cable Communications | 2011-12-31 15:59:17 |
| 24.62.3.86 | Comcast Cable Communications | 2012-03-09 20:52:54 |
| 24.7.7.169 | Comcast Cable Communications | 2012-02-29 22:27:56 |
| 24.9.170.202 | Comcast Cable Communications | 2012-03-27 17:57:18 |
| 24.91.101.28 | Comcast Cable Communications | 2012-03-07 22:30:06 |
| 24.96.123.14 | Knology Holdings | 2011-12-26 23:45:12 |
| 24.96.62.211 | Knology Holdings | 2012-01-31 18:06:36 |
| 50.11.192.159 | Clearwire US | 2012-04-17 03:13:02 |
| 50.137.0.209 | Comcast Cable Communications | 2012-03-23 02:54:30 |
| 50.138.3.61 | Comcast Cable Communications | 2012-01-03 22:09:40 |
| 50.37.235.191 | Frontier Communications of America | 2012-01-15 07:29:25 |
| 50.42.226.203 | Frontier Communications of America | 2012-03-23 02:54:30 |
| 50.46.191.78 | Frontier Communications of America | 2012-01-31 18:06:36 |
| 50.48.41.13 | Frontier Communications of America | 2012-03-24 06:27:12 |
| 50.53.167.223 | Frontier Communications of America | 2012-01-17 05:36:28 |
| 50.53.217.86 | Frontier Communications of America | 2011-12-30 08:29:37 |
| 50.53.32.168 | Frontier Communications of America | 2012-02-06 18:10:12 |
| 50.80.103.107 | Mediacom Communications | 2012-02-01 22:01:11 |
| 64.185.131.205 | Road Runner | 2012-04-24 00:07:23 |
| 64.185.37.213 | NTS Communications | 2012-02-09 12:04:10 |
| 64.233.158.127 | Ritter Communications | 2012-04-21 20:21:41 |
| 64.53.153.174 | WideOpenWest | 2012-01-10 03:25:31 |
| 64.83.205.99 | Charter Communications | 2012-01-09 22:21:30 |
| 65.12.200.146 | BellSouth.net | 2012-01-26 19:35:33 |
| 65.189.36.81 | Road Runner | 2012-02-05 03:39:11 |
| 65.8.144.223 | BellSouth.net | 2012-01-03 21:54:39 |
| 65.98.52.98 | FortressITX | 2012-02-03 16:22:45 |
| 66.115.87.154 | Electric Plant Board - City of Glasgow, KY | 2011-12-27 20:18:08 |
| 66.160.241.20 | Qwest Communications Company | 2012-01-17 02:35:33 |
| 66.168.247.226 | Charter Communications | 2012-01-18 01:25:34 |
| 66.176.246.33 | Comcast Cable Communications | 2012-01-10 08:38:32 |
| 66.189.10.104 | Charter Communications | 2012-02-16 16:04:02 |
| 66.214.52.44 | Charter Communications | 2012-03-26 21:03:50 |
| 66.231.146.16 | Gainesville Regional Utilities | 2012-05-03 22:20:39 |
| 66.237.94.215 | Wave Broadband | 2012-02-20 22:28:02 |
| 66.245.134.51 | New Edge Networks | 2012-02-03 00:35:45 |
| 66.30.228.68 | Comcast Cable Communications | 2012-01-04 01:14:24 |

| | | |
|---|---|---|
| 66.44.147.100 | Hector Communications Corporation | 2012-02-04 06:28:24 |
| 66.79.72.214 | Digital Teleport | 2012-04-18 04:22:11 |
| 67.160.30.93 | Comcast Cable Communications | 2012-01-13 20:55:27 |
| 67.161.74.122 | Comcast Cable Communications | 2012-03-03 04:11:51 |
| 67.163.106.73 | Comcast Cable Communications | 2012-01-08 15:28:15 |
| 67.163.188.120 | Comcast Cable Communications | 2012-03-21 22:52:27 |
| 67.163.4.242 | Comcast Cable Communications | 2012-01-06 22:18:45 |
| 67.165.158.139 | Comcast Cable Communications | 2012-01-03 05:07:40 |
| 67.165.241.3 | Comcast Cable Communications | 2012-03-11 22:04:04 |
| 67.165.30.174 | Comcast Cable Communications | 2012-01-03 00:56:55 |
| 67.167.85.135 | Comcast Cable Communications | 2012-01-08 20:38:10 |
| 67.168.1.214 | Comcast Cable Communications | 2012-02-13 19:07:16 |
| 67.169.245.164 | Comcast Cable Communications | 2012-01-25 05:17:54 |
| 67.172.121.214 | Comcast Cable Communications | 2012-01-02 17:43:21 |
| 67.175.227.22 | Comcast Cable Communications | 2012-02-03 01:27:07 |
| 67.182.81.187 | Comcast Cable Communications | 2012-02-05 02:04:11 |
| 67.187.116.101 | Comcast Cable Communications | 2012-01-24 15:04:39 |
| 67.187.251.187 | Comcast Cable Communications | 2011-12-23 19:29:48 |
| 67.188.181.231 | Comcast Cable Communications | 2012-01-08 05:28:22 |
| 67.2.170.8 | Qwest Communications Company | 2012-01-05 12:41:47 |
| 67.233.82.114 | Embarq Corporation | 2012-03-28 03:50:15 |
| 67.233.84.60 | Embarq Corporation | 2012-01-04 18:55:31 |
| 67.250.25.17 | Road Runner | 2012-02-11 00:58:48 |
| 67.82.172.214 | Cablevision Systems Corp. | 2012-02-16 04:33:27 |
| 68.10.113.18 | Cox Communications | 2012-01-17 06:20:49 |
| 68.101.162.72 | Cox Communications | 2012-04-17 00:08:31 |
| 68.106.255.148 | Cox Communications | 2012-01-14 07:02:14 |
| 68.108.58.25 | Cox Communications | 2012-02-22 20:17:23 |
| 68.11.59.149 | Cox Communications | 2012-01-08 20:53:41 |
| 68.110.145.195 | Cox Communications | 2012-02-18 00:11:19 |
| 68.114.246.98 | Charter Communications | 2012-01-01 07:54:50 |
| 68.118.188.219 | Charter Communications | 2012-01-13 20:39:39 |
| 68.120.199.105 | AT&T Internet Services | 2012-02-23 22:55:53 |
| 68.13.131.26 | Cox Communications | 2012-03-22 01:21:06 |
| 68.13.210.131 | Cox Communications | 2012-02-06 18:10:13 |
| 68.183.194.177 | DSL Extreme | 2012-01-17 02:35:38 |
| 68.187.36.5 | Charter Communications | 2012-01-08 00:47:52 |
| 68.189.172.136 | Charter Communications | 2012-02-06 21:48:53 |
| 68.195.185.49 | Cablevision Systems Corp. | 2011-12-31 04:20:31 |
| 68.196.233.23 | Cablevision Systems Corp. | 2012-04-09 19:32:12 |
| 68.196.29.26 | Cablevision Systems Corp. | 2012-01-25 05:44:22 |
| 68.197.130.70 | Cablevision Systems Corp. | 2012-01-04 15:18:41 |
| 68.199.81.135 | Cablevision Systems Corp. | 2012-01-26 22:33:46 |
| 68.2.117.167 | Cox Communications | 2012-03-30 23:30:46 |
| 68.200.13.163 | Bright House Networks | 2012-01-24 23:53:45 |
| 68.204.91.11 | Bright House Networks | 2012-04-06 15:27:03 |
| 68.205.243.187 | Bright House Networks | 2012-02-13 23:54:39 |

| IP | ISP | Date |
|---|---|---|
| 68.226.167.67 | Cox Communications | 2012-01-12 04:21:41 |
| 68.226.188.14 | Cox Communications | 2012-03-29 06:18:02 |
| 68.230.102.246 | Cox Communications | 2012-01-09 13:06:47 |
| 68.230.98.58 | Cox Communications | 2011-12-24 03:47:28 |
| 68.231.167.130 | Cox Communications | 2012-02-03 16:18:42 |
| 68.232.120.101 | Windstream Communications | 2012-03-06 19:53:21 |
| 68.235.72.36 | Paul Bunyan Telephone | 2012-02-07 05:50:48 |
| 68.3.245.5 | Cox Communications | 2012-02-16 02:44:41 |
| 68.36.50.138 | Comcast Cable Communications | 2011-12-30 04:50:36 |
| 68.36.8.230 | Comcast Cable Communications | 2011-12-30 15:29:20 |
| 68.39.6.216 | Comcast Cable Communications | 2012-01-19 23:48:32 |
| 68.4.134.27 | Cox Communications | 2012-03-03 20:44:32 |
| 68.43.246.130 | Comcast Cable Communications | 2012-03-08 07:40:06 |
| 68.49.200.65 | Comcast Cable Communications | 2012-02-13 16:49:11 |
| 68.51.143.70 | Comcast Cable Communications | 2012-04-03 21:10:59 |
| 68.52.71.223 | Comcast Cable Communications | 2012-01-29 03:36:37 |
| 68.53.128.137 | Comcast Cable Communications | 2011-12-24 06:30:27 |
| 68.53.232.46 | Comcast Cable Communications | 2012-01-31 11:43:01 |
| 68.54.188.117 | Comcast Cable Communications | 2012-04-14 02:34:03 |
| 68.55.125.173 | Comcast Cable Communications | 2012-02-26 21:26:20 |
| 68.58.188.98 | Comcast Cable Communications | 2012-01-03 15:33:39 |
| 68.6.174.33 | Cox Communications | 2012-01-19 12:40:07 |
| 68.63.53.79 | Comcast Cable Communications | 2012-01-20 00:33:54 |
| 68.7.96.134 | Cox Communications | 2012-01-11 00:31:29 |
| 68.73.158.128 | AT&T Internet Services | 2012-01-03 22:09:40 |
| 68.8.138.185 | Cox Communications | 2012-03-07 07:47:43 |
| 68.80.92.135 | Comcast Cable Communications | 2012-01-23 21:38:21 |
| 68.81.229.145 | Comcast Cable Communications | 2012-02-22 10:30:58 |
| 68.83.216.125 | Comcast Cable Communications | 2012-01-31 18:06:36 |
| 68.83.71.113 | Comcast Cable Communications | 2012-01-12 18:42:24 |
| 68.89.23.122 | AT&T Internet Services | 2012-02-11 15:21:00 |
| 68.9.48.175 | Cox Communications | 2012-03-23 06:27:01 |
| 68.9.70.153 | Cox Communications | 2012-01-21 17:38:46 |
| 68.96.160.209 | Cox Communications | 2012-03-28 23:58:19 |
| 68.96.173.126 | Cox Communications | 2012-01-14 07:02:13 |
| 68.96.214.59 | Cox Communications | 2012-01-27 05:21:04 |
| 68.97.53.92 | Cox Communications | 2012-03-15 06:42:11 |
| 68.99.166.150 | Cox Communications | 2012-02-21 18:27:46 |
| 68.99.244.152 | Cox Communications | 2012-01-20 03:55:07 |
| 69.1.45.9 | Knology Holdings | 2011-12-28 22:43:54 |
| 69.108.90.100 | AT&T Internet Services | 2012-04-25 23:41:39 |
| 69.112.184.27 | Cablevision Systems Corp. | 2012-01-23 07:59:13 |
| 69.116.103.96 | Cablevision Systems Corp. | 2012-01-21 18:49:59 |
| 69.117.152.140 | Cablevision Systems Corp. | 2012-01-15 23:44:59 |
| 69.119.111.26 | Cablevision Systems Corp. | 2012-03-04 23:46:29 |
| 69.119.192.187 | Cablevision Systems Corp. | 2012-03-31 13:28:51 |
| 69.124.11.75 | Cablevision Systems Corp. | 2012-03-24 15:00:35 |

| | | |
|---|---|---|
| 69.126.113.254 | Cablevision Systems Corp. | 2012-01-31 02:15:03 |
| 69.143.88.238 | Comcast Cable Communications | 2012-01-18 03:17:35 |
| 69.153.228.228 | AT&T Internet Services | 2012-01-02 20:04:57 |
| 69.174.149.140 | Cinergy Communications | 2012-02-03 14:57:58 |
| 69.180.88.141 | Comcast Cable Communications | 2012-03-24 02:25:46 |
| 69.181.184.224 | Comcast Cable Communications | 2012-03-08 17:41:44 |
| 69.181.203.3 | Comcast Cable Communications | 2012-04-11 22:47:31 |
| 69.242.214.161 | Comcast Cable Communications | 2012-01-15 00:17:35 |
| 69.242.23.185 | Comcast Cable Communications | 2012-04-17 20:09:34 |
| 69.245.196.117 | Comcast Cable Communications | 2012-02-26 06:39:43 |
| 69.246.71.158 | Comcast Cable Communications | 2012-05-02 21:40:12 |
| 69.247.112.190 | Comcast Cable Communications | 2012-03-28 21:25:42 |
| 69.247.177.238 | Comcast Cable Communications | 2012-02-06 18:10:13 |
| 69.248.104.118 | Comcast Cable Communications | 2012-02-03 00:23:11 |
| 69.249.215.115 | Comcast Cable Communications | 2012-03-10 08:51:20 |
| 69.47.146.51 | WideOpenWest | 2012-02-25 02:53:35 |
| 69.62.177.139 | Roseville Telephone Company | 2012-05-01 07:27:50 |
| 69.73.33.94 | Knology Holdings | 2012-04-04 21:24:01 |
| 70.119.221.204 | Bright House Networks | 2012-01-10 12:01:22 |
| 70.128.109.26 | AT&T Internet Services | 2011-12-24 02:14:43 |
| 70.138.87.187 | AT&T Internet Services | 2012-01-21 06:23:40 |
| 70.160.125.227 | Cox Communications | 2011-12-30 13:47:30 |
| 70.160.26.88 | Cox Communications | 2012-03-26 16:15:15 |
| 70.162.25.110 | Cox Communications | 2012-01-06 22:55:49 |
| 70.162.87.197 | Cox Communications | 2012-03-05 09:20:58 |
| 70.169.54.121 | Cox Communications | 2012-01-30 22:19:01 |
| 70.171.31.81 | Cox Communications | 2012-02-10 02:39:56 |
| 70.172.220.97 | Cox Communications | 2012-04-26 16:59:52 |
| 70.173.129.93 | Cox Communications | 2012-02-06 23:57:12 |
| 70.176.128.40 | Cox Communications | 2012-03-22 05:53:48 |
| 70.177.127.152 | Cox Communications | 2012-03-28 22:56:14 |
| 70.178.166.53 | Cox Communications | 2011-12-28 23:58:37 |
| 70.178.238.241 | Cox Communications | 2011-12-26 18:13:44 |
| 70.180.97.163 | Cox Communications | 2012-02-02 23:24:38 |
| 70.251.231.193 | AT&T Internet Services | 2011-12-27 02:48:16 |
| 71.114.88.232 | Verizon Online | 2012-01-31 14:31:56 |
| 71.12.18.25 | Charter Communications | 2012-03-29 04:37:19 |
| 71.126.12.20 | Verizon Online | 2012-02-04 06:39:02 |
| 71.162.122.141 | Verizon Online | 2012-04-02 19:05:40 |
| 71.163.132.214 | Verizon Online | 2012-01-20 04:16:34 |
| 71.170.14.172 | Verizon Online | 2012-01-07 20:41:39 |
| 71.170.35.181 | Verizon Online | 2011-12-30 17:26:00 |
| 71.171.103.161 | Verizon Online | 2012-03-05 01:57:33 |
| 71.174.224.8 | Verizon Online | 2012-04-16 16:57:03 |
| 71.174.247.241 | Verizon Online | 2012-01-20 02:36:26 |
| 71.177.220.202 | Verizon Online | 2012-02-08 04:40:13 |
| 71.181.42.25 | Fairpoint Communications | 2012-01-22 21:17:49 |

| | | |
|---|---|---|
| 71.183.180.65 | Verizon Online | 2011-12-24 07:25:54 |
| 71.183.68.223 | Verizon Online | 2012-03-07 00:37:32 |
| 71.192.127.46 | Comcast Cable Communications | 2012-01-03 15:24:08 |
| 71.192.6.113 | Comcast Cable Communications | 2012-01-31 18:06:36 |
| 71.192.74.61 | Comcast Cable Communications | 2012-01-22 01:06:20 |
| 71.193.98.95 | Comcast Cable Communications | 2012-02-28 23:39:55 |
| 71.197.245.224 | Comcast Cable Communications | 2012-02-02 11:26:51 |
| 71.201.206.167 | Comcast Cable Communications | 2011-12-27 02:33:00 |
| 71.201.56.15 | Comcast Cable Communications | 2012-03-12 16:23:45 |
| 71.203.151.157 | Comcast Cable Communications | 2012-01-31 21:13:34 |
| 71.203.206.86 | Comcast Cable Communications | 2012-04-03 23:07:59 |
| 71.21.111.139 | Clearwire US | 2011-12-30 13:58:31 |
| 71.221.93.134 | Qwest Communications Company | 2011-12-24 05:08:59 |
| 71.226.219.3 | Comcast Cable Communications | 2011-12-27 15:46:52 |
| 71.229.89.189 | Comcast Cable Communications | 2012-01-02 19:14:24 |
| 71.230.105.173 | Comcast Cable Communications | 2011-12-29 08:23:10 |
| 71.232.76.30 | Comcast Cable Communications | 2012-03-17 01:40:01 |
| 71.235.195.213 | Comcast Cable Communications | 2012-04-13 18:45:15 |
| 71.236.157.66 | Comcast Cable Communications | 2012-02-11 03:41:43 |
| 71.237.15.111 | Comcast Cable Communications | 2012-01-27 22:40:38 |
| 71.246.118.205 | Verizon Online | 2012-02-10 20:26:50 |
| 71.251.20.249 | Verizon Online | 2011-12-29 13:25:16 |
| 71.252.164.234 | Verizon Online | 2012-01-31 04:52:30 |
| 71.253.119.127 | Verizon Online | 2012-02-29 21:27:19 |
| 71.53.181.201 | Embarq Corporation | 2012-01-26 14:09:48 |
| 71.54.58.202 | Embarq Corporation | 2011-12-23 16:26:13 |
| 71.62.151.238 | Comcast Cable Communications | 2012-01-20 00:51:27 |
| 71.62.27.247 | Comcast Cable Communications | 2012-02-01 01:29:49 |
| 72.0.160.51 | Bend Cable Communications | 2011-12-27 21:15:39 |
| 72.133.228.108 | Road Runner | 2012-03-27 01:59:40 |
| 72.184.239.212 | Bright House Networks | 2012-03-15 20:30:00 |
| 72.187.36.191 | Bright House Networks | 2012-01-25 16:50:00 |
| 72.188.174.62 | Bright House Networks | 2012-05-02 04:03:17 |
| 72.191.161.81 | Road Runner | 2012-03-05 07:22:34 |
| 72.193.186.15 | Cox Communications | 2011-12-29 12:18:27 |
| 72.194.112.165 | Cox Communications | 2012-03-30 20:26:19 |
| 72.199.133.157 | Cox Communications | 2011-12-29 14:39:57 |
| 72.199.89.175 | Cox Communications | 2012-01-20 18:35:30 |
| 72.20.194.208 | Zayo Bandwidth NorthEast | 2012-01-10 10:29:33 |
| 72.207.115.174 | Cox Communications | 2012-01-22 21:17:50 |
| 72.209.157.41 | Cox Communications | 2012-01-18 02:32:13 |
| 72.220.1.131 | Cox Communications | 2012-02-07 14:54:08 |
| 72.46.220.250 | ETS Telephone Company | 2012-03-12 16:05:40 |
| 72.48.168.29 | Grande Communications Networks | 2012-01-14 21:35:52 |
| 72.81.215.167 | Verizon Online | 2012-01-05 04:36:16 |
| 72.83.228.242 | Verizon Online | 2012-01-17 01:57:16 |
| 72.88.89.66 | Verizon Online | 2012-01-22 02:37:20 |

| | | |
|---|---|---|
| 74.100.73.153 | Verizon Online | 2012-02-10 05:01:32 |
| 74.103.186.68 | Verizon Online | 2012-04-16 21:05:48 |
| 74.105.81.227 | Verizon Online | 2012-04-23 20:30:07 |
| 74.107.98.137 | Verizon Online | 2011-12-28 08:17:57 |
| 74.110.101.39 | Verizon Online | 2012-01-20 06:09:36 |
| 74.110.203.39 | Verizon Online | 2012-03-19 19:03:35 |
| 74.128.177.125 | Insight Communications | 2012-04-19 02:00:39 |
| 74.129.163.58 | Insight Communications | 2012-02-11 02:06:05 |
| 74.134.192.245 | Insight Communications | 2012-03-28 03:12:45 |
| 74.138.55.123 | Insight Communications | 2012-01-17 03:58:41 |
| 74.139.164.199 | Insight Communications | 2012-04-25 06:09:18 |
| 74.178.171.31 | BellSouth.net | 2012-03-19 18:33:36 |
| 74.193.43.131 | Suddenlink Communications | 2012-01-04 22:17:34 |
| 74.248.253.238 | BellSouth.net | 2012-05-02 09:30:37 |
| 74.46.24.248 | Frontier Communications of America | 2012-02-17 19:21:08 |
| 74.99.180.226 | Verizon Online | 2012-01-28 22:06:25 |
| 74.99.92.149 | Verizon Online | 2012-04-19 22:44:31 |
| 75.108.170.45 | Suddenlink Communications | 2012-01-23 07:49:51 |
| 75.130.131.120 | Charter Communications | 2012-02-05 00:42:17 |
| 75.17.93.202 | AT&T Internet Services | 2012-04-11 23:24:23 |
| 75.172.40.71 | Qwest Communications Company | 2012-01-27 07:06:22 |
| 75.172.45.121 | Qwest Communications Company | 2012-02-17 05:27:37 |
| 75.173.67.154 | Qwest Communications Company | 2011-12-27 00:57:29 |
| 75.65.21.43 | Comcast Cable Communications | 2012-02-10 03:58:20 |
| 75.66.193.67 | Comcast Cable Communications | 2012-02-23 18:13:31 |
| 75.67.22.69 | Comcast Cable Communications | 2012-03-11 08:47:56 |
| 75.70.230.105 | Comcast Cable Communications | 2012-01-23 21:38:26 |
| 75.72.175.117 | Comcast Cable Communications | 2012-02-07 02:01:03 |
| 75.72.235.120 | Comcast Cable Communications | 2012-01-08 04:00:05 |
| 75.93.42.30 | Clearwire US | 2012-01-09 11:58:25 |
| 75.94.168.36 | Clearwire US | 2012-04-06 14:44:24 |
| 75.94.168.53 | Clearwire US | 2012-04-25 08:14:01 |
| 76.0.65.18 | Embarq Corporation | 2012-02-22 01:19:18 |
| 76.102.26.233 | Comcast Cable Communications | 2012-02-27 15:24:19 |
| 76.103.209.108 | Comcast Cable Communications | 2012-02-04 04:00:10 |
| 76.105.217.129 | Comcast Cable Communications | 2012-01-15 04:11:15 |
| 76.111.65.231 | Comcast Cable Communications | 2012-01-27 02:44:23 |
| 76.113.186.160 | Comcast Cable Communications | 2012-01-12 20:23:09 |
| 76.116.182.45 | Comcast Cable Communications | 2011-12-28 10:27:09 |
| 76.118.137.49 | Comcast Cable Communications | 2012-02-02 22:43:10 |
| 76.119.112.199 | Comcast Cable Communications | 2011-12-27 08:45:37 |
| 76.125.221.51 | Comcast Cable Communications | 2012-02-01 03:50:06 |
| 76.127.235.220 | Comcast Cable Communications | 2012-03-16 21:29:23 |
| 76.14.65.109 | Wave Broadband | 2012-01-10 13:05:30 |
| 76.180.112.48 | Road Runner | 2012-04-16 23:25:57 |
| 76.19.195.156 | Comcast Cable Communications | 2012-01-17 20:59:35 |
| 76.20.249.115 | Comcast Cable Communications | 2012-01-08 16:53:45 |

| | | |
|---|---|---|
| 76.23.157.2 | Comcast Cable Communications | 2011-12-27 16:16:40 |
| 76.23.228.217 | Comcast Cable Communications | 2012-02-09 09:56:14 |
| 76.233.105.88 | AT&T Internet Services | 2012-01-31 18:22:26 |
| 76.26.100.94 | Comcast Cable Communications | 2011-12-31 09:19:50 |
| 76.27.243.27 | Comcast Cable Communications | 2012-02-16 22:59:03 |
| 76.98.20.176 | Comcast Cable Communications | 2011-12-28 03:00:03 |
| 76.98.206.54 | Comcast Cable Communications | 2012-02-09 12:48:26 |
| 76.99.22.8 | Comcast Cable Communications | 2012-02-11 18:16:15 |
| 96.226.122.158 | Verizon Online | 2012-01-20 21:19:33 |
| 96.228.235.113 | Verizon Online | 2012-03-15 20:57:14 |
| 96.237.250.93 | Verizon Online | 2012-02-16 15:27:02 |
| 96.238.53.233 | Verizon Online | 2012-01-03 23:25:07 |
| 96.240.103.2 | Verizon Online | 2012-01-31 18:31:45 |
| 96.241.49.23 | Verizon Online | 2012-03-26 23:15:54 |
| 96.245.155.151 | Verizon Online | 2012-02-01 00:38:57 |
| 96.245.50.100 | Verizon Online | 2012-03-07 00:12:24 |
| 96.248.8.60 | Verizon Online | 2012-02-29 00:29:17 |
| 96.251.164.211 | Verizon Online | 2012-01-18 18:13:06 |
| 96.253.112.61 | Verizon Online | 2012-02-08 05:36:40 |
| 96.254.197.96 | Verizon Online | 2012-01-11 05:30:10 |
| 96.255.186.177 | Verizon Online | 2012-03-05 21:59:02 |
| 96.28.3.157 | Insight Communications | 2012-02-19 05:14:21 |
| 96.41.53.236 | Charter Communications | 2012-01-13 01:23:04 |
| 96.42.86.19 | Charter Communications | 2012-01-18 20:28:37 |
| 96.56.84.4 | Cablevision Systems Corp. | 2012-01-06 11:53:21 |
| 97.101.226.104 | Bright House Networks | 2012-03-05 09:08:35 |
| 97.102.23.35 | Bright House Networks | 2012-01-08 11:29:55 |
| 97.107.194.175 | Pinpoint Communications, Inc. | 2012-02-28 16:52:49 |
| 97.121.167.35 | Qwest Communications Company | 2012-01-08 08:24:47 |
| 97.124.91.230 | Qwest Communications Company | 2012-03-08 23:53:46 |
| 97.127.216.33 | Qwest Communications Company | 2011-12-30 16:22:38 |
| 97.84.148.117 | Charter Communications | 2012-03-04 04:28:10 |
| 98.111.223.228 | Verizon Online | 2012-01-08 18:50:42 |
| 98.117.220.197 | Verizon Online | 2012-01-08 21:33:33 |
| 98.118.85.5 | Verizon Online | 2012-01-26 16:03:19 |
| 98.119.129.38 | Verizon Online | 2012-01-01 05:32:56 |
| 98.160.239.104 | Cox Communications | 2011-12-29 10:14:57 |
| 98.164.114.142 | Cox Communications | 2012-02-01 23:55:22 |
| 98.165.92.207 | Cox Communications | 2012-03-14 07:01:26 |
| 98.167.151.169 | Cox Communications | 2012-05-01 07:12:19 |
| 98.168.168.175 | Cox Communications | 2012-01-31 07:12:31 |
| 98.168.249.41 | Cox Communications | 2012-03-21 18:30:07 |
| 98.175.64.80 | Cox Communications | 2011-12-24 04:22:06 |
| 98.176.111.208 | Cox Communications | 2012-04-10 05:48:52 |
| 98.177.206.235 | Cox Communications | 2012-01-18 23:36:08 |
| 98.183.154.64 | Cox Communications | 2012-01-20 03:22:55 |
| 98.184.160.131 | Cox Communications | 2011-12-27 23:23:14 |

| | | |
|---|---|---|
| 98.184.90.49 | Cox Communications | 2012-01-02 22:12:39 |
| 98.192.27.231 | Comcast Cable Communications | 2012-04-18 09:08:05 |
| 98.192.74.129 | Comcast Cable Communications | 2012-01-24 15:20:01 |
| 98.193.87.2 | Comcast Cable Communications | 2012-01-03 21:39:43 |
| 98.196.248.12 | Comcast Cable Communications | 2012-04-02 16:50:40 |
| 98.199.174.94 | Comcast Cable Communications | 2011-12-28 09:55:09 |
| 98.201.132.99 | Comcast Cable Communications | 2012-01-07 20:07:47 |
| 98.203.179.151 | Comcast Cable Communications | 2012-01-31 18:06:39 |
| 98.203.253.146 | Comcast Cable Communications | 2012-01-03 03:35:47 |
| 98.204.104.179 | Comcast Cable Communications | 2012-02-11 04:57:26 |
| 98.212.0.19 | Comcast Cable Communications | 2011-12-31 18:11:10 |
| 98.212.154.198 | Comcast Cable Communications | 2012-01-20 01:08:39 |
| 98.216.2.174 | Comcast Cable Communications | 2012-01-08 15:27:51 |
| 98.216.225.7 | Comcast Cable Communications | 2012-02-09 05:42:43 |
| 98.217.37.246 | Comcast Cable Communications | 2012-01-07 06:37:28 |
| 98.223.130.105 | Comcast Cable Communications | 2012-02-06 18:10:12 |
| 98.223.229.99 | Comcast Cable Communications | 2012-02-23 18:13:31 |
| 98.224.226.25 | Comcast Cable Communications | 2012-01-04 00:23:36 |
| 98.224.34.209 | Comcast Cable Communications | 2011-12-23 17:57:15 |
| 98.226.137.10 | Comcast Cable Communications | 2012-02-15 16:05:44 |
| 98.226.51.245 | Comcast Cable Communications | 2012-01-10 00:36:43 |
| 98.227.60.35 | Comcast Cable Communications | 2012-01-08 11:32:47 |
| 98.230.11.104 | Comcast Cable Communications | 2012-03-24 07:14:52 |
| 98.230.238.87 | Comcast Cable Communications | 2011-12-24 05:31:41 |
| 98.230.52.60 | Comcast Cable Communications | 2012-02-21 22:58:47 |
| 98.231.19.25 | Comcast Cable Communications | 2012-04-13 14:57:49 |
| 98.231.68.151 | Comcast Cable Communications | 2012-01-04 02:20:45 |
| 98.233.181.232 | Comcast Cable Communications | 2012-01-05 20:27:17 |
| 98.235.146.97 | Comcast Cable Communications | 2012-01-18 05:07:13 |
| 98.235.181.125 | Comcast Cable Communications | 2012-01-02 19:29:43 |
| 98.235.195.191 | Comcast Cable Communications | 2012-02-10 19:45:20 |
| 98.235.20.129 | Comcast Cable Communications | 2012-01-05 12:15:17 |
| 98.236.2.40 | Comcast Cable Communications | 2011-12-30 05:46:37 |
| 98.244.175.156 | Comcast Cable Communications | 2012-03-23 06:27:02 |
| 98.245.71.2 | Comcast Cable Communications | 2012-03-20 14:33:20 |
| 98.246.190.107 | Comcast Cable Communications | 2012-01-08 21:48:46 |
| 98.250.183.67 | Comcast Cable Communications | 2012-01-05 03:52:26 |
| 98.250.238.50 | Comcast Cable Communications | 2012-01-04 07:30:49 |
| 98.251.238.118 | Comcast Cable Communications | 2012-03-15 01:41:45 |
| 98.253.109.1 | Comcast Cable Communications | 2012-04-13 15:03:05 |
| 98.255.7.228 | Comcast Cable Communications | 2011-12-30 20:44:16 |
| 98.77.204.13 | BellSouth.net | 2012-01-24 01:37:55 |
| 98.86.0.250 | BellSouth.net | 2012-01-06 07:35:42 |
| 99.103.56.99 | AT&T Internet Services | 2012-02-12 12:57:01 |
| 99.109.32.9 | AT&T Internet Services | 2012-03-04 03:06:52 |
| 99.112.103.156 | AT&T Internet Services | 2012-01-02 20:28:58 |
| 99.126.153.152 | AT&T Internet Services | 2012-04-28 06:36:23 |

| | | |
|---|---|---|
| 99.149.231.17 | AT&T Internet Services | 2012-04-20 12:35:22 |
| 99.18.6.75 | AT&T Internet Services | 2012-01-24 23:53:44 |
| 99.181.157.163 | AT&T Internet Services | 2012-04-19 06:51:44 |
| 99.188.87.41 | AT&T Internet Services | 2012-04-26 18:13:05 |
| 99.190.188.225 | AT&T Internet Services | 2011-12-31 08:33:53 |
| 99.195.202.121 | CenturyTel Internet Holdings | 2012-02-01 17:32:16 |
| 99.40.52.42 | AT&T Internet Services | 2012-04-14 00:40:58 |
| 99.45.61.171 | AT&T Internet Services | 2012-05-02 02:01:35 |